IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN KEITH DAVIS,** | ) |
| Petitioner, | ) |
| v. | ) CRIMINAL NO. 19-0285-WS |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**ORDER**

This matter comes before the Court on petitioner Brian Keith Davis's *pro se* filing that is styled as a "Motion to Reconsider Sentence" (doc. 39).

On March 9, 2021, the undersigned entered an Order (doc. 38) denying Davis's Motion for Compassionate Release. In the March 9 Order, the Court observed that Davis had been sentenced to a 77-month term of imprisonment on May 27, 2020 for a violation of 18 U.S.C. § 922(g)(1), and that it was unclear whether he was currently in federal custody or being held on pending state charges. The March 9 Order concluded that, even assuming he was in Bureau of Prisons custody, Davis is ineligible for compassionate release because he has failed to demonstrate that he satisfied the procedural requirements of 18 U.S.C. § 3582(c)(1)(A) by making a request for compassionate release to Baldwin County Corrections Center officials.

Now, Davis files a Motion to Reconsider in which he objects that he has been held in the Baldwin County Correctional Center for 24 months and that he "should be able to be reconsidered to have [his] sentence looked at" because he has "done a hard enough time in a county jail without rehabilitation." (Doc. 39, PageID.149.)

As the Court has previously explained, Davis's filing necessarily relies on 18 U.S.C. § 3582(c)(1) as the statutory basis for the relief requested. In order for Davis to be eligible for sentence modification under that section in these circumstances, he must at a minimum show each of the following: (1) that he has exhausted administrative rights to pursue a request with prison officials; and (2) that "extraordinary and compelling reasons warrant such a reduction."

Davis has done neither.  His Motion does not suggest that he has remedied the procedural defect identified in the March 9 Order denying his first request for compassionate release.  Even if Davis had done so, he would still be ineligible for relief because he has not shown "extraordinary and compelling reasons" warranting a reduction in his federal sentence.

For all of these reasons, petitioner's Motion to Reconsider Sentence is **DENIED**.

DONE and ORDERED this 15th day of June, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE